# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BJORN PAULSSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WANDA DOROSZ, an individual, MICKEY ABOUGOUSH, an individual, and ROBERT HEMING, an indvidual,<br><br>Defendants. | Case No. SACV09-00561 JAK (RNBx)<br><br>**FINAL JUDGMENT**<br><br>JS-6<br><br>Hon. John A. Kronstadt |

The Court GRANTS FINAL JUDGMENT, pursuant to Fed. R. Civ. P. 12 (b)(1) for lack of subject matter jurisdiction, in favor of Defendants as to Plaintiff's claim, which was brought under Section 242 of the Alberta Business Corporations Act.

It is therefore ORDERED that Plaintiff Bjorn Paulsson take nothing on his claims.

It is FURTHER ORDERED that Defendants Dorosz and Abougoush shall be awarded costs of $_____.

IT IS SO ORDERED.

Date: February 13, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE